Robert B. Rosenstein  SBN 90036
Donald W. Hitzeman  SBN 110962
Lauren E. Twitchell   SBN 187366
ROSENSTEIN & HITZEMAN, AAPLC
28600 Mercedes Street, Suite 100
Temecula, California 92590
Telephone:  (951) 296-3888
Fax:        (951) 296-3889
E-mail:     robert@rosenhitz.com
            dwhitzeman@rosenhitz.com
            letwitchell@rosenhitz.com
Attorneys for Snowtime Holdings, Inc.
Debtor and Debtor-In-Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:09-36997-TD |
| SNOWTIME HOLDINGS, INC. | Chapter 11 |
| | **NOTICE OF APPLICATION TO EMPLOY BANKRUPTCY COUNSEL** |
| Debtor and Debtor-In-Possession. | [No Hearing Required Unless Requested] |

**TO THE HONORABLE THOMAS B. DONOVAN, UNITED STATES BANKRUPTCY JUDGE, PARTIES IN INTEREST, AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

**PLEASE TAKE NOTICE** that Snowtime Holdings, Inc. ("Applicant"), Chapter 11 Debtor and Debtor-In-Possession, has filed an Application to Employ Bankruptcy Counsel ("Application"), in which it is respectfully requesting:

## APPLICATION

Applicant is the Debtor in a Chapter 11 Reorganization case pending before the Court. Applicant commenced this case by filing a Voluntary Chapter 11 Petition on November 9, 2009.

1.  Applicant remains in possession of its assets, and continues to operate its business as a Debtor-In-Possession, pursuant to 11 U.S.C. §§ 1101(1), 1107, and 1108.

NOTICE OF APPLICATION TO EMPLOY                 1
BANKRUPTCY COUNSEL

2.    Applicant is a California corporation, which currently owns two pieces of property for the purpose of development and/or rental income (the "Business"). The Business is based in the City of Temecula, in Riverside County, in the State of California.

3.    The firm of Rosenstein & Hitzeman, AAPLC ("Counsel" or "Rosenstein & Hitzeman") represents Applicant with respect to insolvency and other matters, in the filing of Applicant's Chapter 11 Petition and, since the filing, has advised the Applicant in connection with the commencement and maintenance of this case. Counsel is familiar with the legal and financial issues and problems facing the Applicant.

4.    Counsel has agreed to continue its representation of Applicant and Applicant believes it necessary to have such Counsel employed as bankruptcy counsel in this Chapter 11 case to represent the Applicant. Such employment shall include: (a) The examination of claims of creditors in order to determine their validity; (b) rejecting the current commercial real property lease and equipment leases; and (c) giving advice and counsel to Applicant in connection with legal problems which may arise; (d) obtaining credit for the estate; (e) defending any actions brought for relief from the automatic stay; (f) determining special treatment and payment of pre-petition obligations; (g) complying with the United States Trustee's reporting requirements; (h) drafting a Plan of Reorganization and Disclosure Statement; (i) objecting to claims as may be appropriate; and, (j) in general, acting on behalf of Applicant in any and all bankruptcy law matters which may arise in the course of this case. Such services will concern the rights and remedies of Applicant with regard to the assets of the estate and with regard to secured, priority and/or unsecured claims which may be asserted.

5.    It is necessary for Applicant to employ Counsel to undertake such actions as may be appropriate or necessary in connection with the preservation and realization of the equity in the Chapter 11 Estate. Further, it is necessary and appropriate to employ bankruptcy Counsel to advise Applicant, so that it may properly comply with all provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rules, and the Requirements and Guidelines of the Office of the United States Trustee.

///

NOTICE OF APPLICATION TO EMPLOY                    2
BANKRUPTCY COUNSEL

6. Applicant proposes, upon the granting of this Application, to employ Counsel as its bankruptcy counsel. Counsel is knowledgeable in insolvency, bankruptcy and reorganization matters and is well qualified to represent Applicant. Counsel understands and has agreed to accept such amount on account of its fees, as may be awarded by this Court. No compensation has been or will be paid post-petition by Applicant to Counsel, except upon proper application to and approval by the Court after notice and a hearing. A schedule of the current rates being charged by Counsel's professionals is included in the Declaration of Robert B. Rosenstein (the "Rosenstein Declaration"), appended hereto and incorporated herein by this reference. All attorneys at Rosenstein & Hitzeman bill their time for services at the rate of $275.00 per hour, subject to possible future increase of not more than 10% per year. Rosenstein & Hitzeman also proposes to bill $165.00 per hour for necessary work performed by a certificated and experienced paralegal and $100.00 per hour for qualified employees utilized to assist in reviewing monthly operating reports and spreadsheets.

7. Prior to the filing of its Bankruptcy Petition on November 9, 2009, Applicant paid a retainer to Rosenstein & Hitzeman in the amount of $12,000.00. Prior to the November 9, 2009 petition filing, the Firm had billed $709.00 for services on behalf of Debtor, not including the Chapter 11 Court filing fee of $1,039.00, which was billed on the petition date. The balance of the retainer, $11,290.50, has been held by the Firm and will be applied against Debtor's post-petition obligations (including the filing fee) in accordance with the relevant bankruptcy statutes, rules and regulations.

8. From time to time, counsel will seek the Bankruptcy Court's approval for payment of additional, necessary fees pursuant to 11 U.S.C. §330. True and correct copies of the engagement letter between Applicant and Counsel, along with other relevant documents are attached to the Application to Employ Counsel.

9. Counsel represents no creditor or other party in interest in this Chapter 11 case and has not agreed to share compensation received from the Applicant with any other entity.

10. Applicant is satisfied that Counsel represents no interest adverse to Applicant or the estate and that the employment of Counsel, as bankruptcy counsel, is in the best interest of the Chapter 11 Estate.

NOTICE OF APPLICATION TO EMPLOY                    3
BANKRUPTCY COUNSEL

1    WHEREFORE, Applicant is requesting that it be authorized, pursuant to 11 U.S.C. §§ 327(a) and 1107(a), and in accord with <u>Federal Rule of Bankruptcy Procedure</u> 2014(a) and <u>Local Bankruptcy Rule</u> 2014-1(b), to employ Counsel as general bankruptcy counsel, at the expense of the estate.

Pursuant to <u>Local Bankruptcy Rule</u> 9013-1(g)(1), if any party wishes to oppose this Application and request a hearing thereon, that party must do so, in writing, by no later than fifteen (15) days after the date of this Notice. Any party wishing to obtain a full copy of the moving papers may obtain a copy by sending a written request to Rosenstein & Hitzeman, AAPLC, at the address or facsimile number listed in the top, left-hand corner of the above caption.

Dated: November 19, 2009

SNOWTIME HOLDINGS, INC.,
Debtor-In-Possession

By: _____
Laurie E. Twitchell, for
Rosenstein & Hitzeman, AAPLC,
Proposed Attorneys for Snowtime Holdings, Inc.,
Debtor and Debtor-In-Possession

| In re: | | CHAPTER: 11 |
|---|---|---|
| SNOWTIME HOLDINGS, INC. | | |
| | Debtor(s). | CASE NUMBER: 6:09-36997 TD |

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Rosenstein & Hitzeman, AAPLC
28600 Mercedes Street, Suite 100
Temecula, CA 92590

A true and correct copy of the foregoing document described as: **Notice of Application to Employ Bankruptcy Counsel,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On November 19, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Robert B. Rosenstein – robert@rosenhitz.com
Laurie E. Twitchell – letwitchell@rosenhitz.com
Timothy J. Farris – timothy.j.farris@usdoj.gov
United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity (ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity (ies) by personal delivery or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/20/09 | Ann Buerster | | /s/ Ann Buerster |
|---|---|---|---|
| Date | Type Name | | Signature |

| In re:                    |             | CHAPTER: 11              |
|---------------------------|-------------|--------------------------|
| SNOWTIME HOLDINGS, INC.   |             |                          |
|                           | Debtor(s).  | CASE NUMBER: 6:09-36997 TD |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Rosenstein & Hitzeman, AAPLC
28600 Mercedes Street, Suite 100
Temecula, CA 92590

A true and correct copy of the foregoing document described as: **Notice of Application to Employ Bankruptcy Counsel,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity (ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity (ies) by personal delivery or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/20/09 | Ann Buerster |           |
|----------|--------------|-----------|
| Date     | Type Name    | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009                                                                                          F 9013-3.1

| In re: | | |
|---|---|---|
| SNOWTIME HOLDINGS, INC. | | CHAPTER: 11 |
| | Debtor(s). | CASE NUMBER: 6:09-36997 TD |

**ADDITIONAL SERVICE INFORMATION** (if needed):

| Bank of America<br>475 CrossPoint Parkway<br>PO Box 9000<br>Getzville, NY 14068-9000 | Barrington United Group<br>Moseley, VA 23120 | Byron R. Matteson<br>PO Box 1530<br>Bonsall, CA 92003 |
|---|---|---|
| Gerald J. Volomino, Jr.<br>PO Box 1530<br>Bonsall, CA 92003 | Renald Anelle and Catherine Anelle<br>PO Box 1530<br>Bonsall, CA 92003 | Riverside County Treasurer<br>Paul McDonnell<br>480 Lemon St.<br>Riverside, CA 92502 |
| Robert Keeney and Candice Keeney<br>PO Box 1530<br>Bonsall, CA 92003 | Sandra L. Makovsky<br>PO Box 1530<br>Bonsall, CA 92003 | Wachovia Bank<br>PO Box 60503<br>City of Industry, CA 91716-0503 |

| **DEBTOR** | **COUNSEL FOR DEBTOR** | |
|---|---|---|
| Snowtime Holdings, Inc.<br>23120 Carancho Rd.<br>Temecula, CA 92590 | Rosenstein & Hitzeman, AAPLC<br>28600 Mercedes St., #100<br>Temecula, CA 92590 | Office of the United States Trustee<br>3685 Main Street, Ste 300<br>Riverside, CA 92501 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1